Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–13494–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert E Nason
   6 Richmond Rd
   Edison, NJ 08817

Social Security No.:
   xxx–xx–2291

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on March 5, 2018 and a confirmation hearing on such Plan has been scheduled for June 27, 2018.

The debtor filed a Modified Plan on May 30, 2018 and a confirmation hearing on the Modified Plan is scheduled for July 11, 2018 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 1, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert E Nason  
    Debtor

Case No. 18-13494-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 01, 2018  
                     Form ID: 186     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.
```
db            +Robert E Nason,    6 Richmond Rd,    Edison, NJ 08817-4038
517347447     +Freedom Mortgage Corp,    Attn: Bankruptcy,    Po Box 489,    Mt Laurel, NJ 08054-0489
517514641     +Freedom Mortgage Corporation,    Freedom Mortgage,    10500 Kincaid Drive- Attn: BK Dept.,
               Fishers, IN 46037-9764
517410912     +Raymour Flanigan,    Simons Agency Inc,    POB 5026,    Syracuse, NY 13220-5026
517347450     +Simons Agency, Inc./ Reymour & Flanigan,    Attn: Bankruptcy,    4963 Wintersweet Dr.,
               Liverpool, NY 13088-2176
517347451     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517381057     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2018 00:26:42     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2018 00:26:38     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517393477     +E-mail/Text: bankruptcy@consumerportfolio.com Jun 02 2018 00:26:57
               CONSUMER PORTFOLIO SERVICES,,    P.O BOX 57071,    IRVINE, CA 92619-7071
517347444     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 00:31:54     Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517407646      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 00:37:29
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517347445     +E-mail/Text: bankruptcy@consumerportfolio.com Jun 02 2018 00:26:57     Consumer Portfolio Svc,
               Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
517347446     +E-mail/Text: bnc-bluestem@quantum3group.com Jun 02 2018 00:27:31     Fingerhut,
               Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517347448      E-mail/Text: cio.bncmail@irs.gov Jun 02 2018 00:25:59     IRS,    PO Box 7346,
               Philadelphia, PA 19101-7346
517347449     +E-mail/Text: clientservices@simonsagency.com Jun 02 2018 00:27:38     Simons Agency, Inc.,
               Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:
```
          Albert    Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
           kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Robert E Nason rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
                                                                                              TOTAL: 7
```