UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-2766

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on June 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert E. Nason

Case No.: 18-13494-KCF

Hearing Date: 06/27/2018 at 9:00am

Judge:   Honorable Kathryn C. Ferguson

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 29, 2018

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: Robert E. Nason
Case No.: 18-13494-KCF

Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Freedom Mortgage servicing agent for Freedom Mortgage Corporation, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through May 1, 2018, in the sum of $4,838.85 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 3 | Payments @ | $1,612.95 | (3/1/18 to 5/1/18) | = | $4,838.85 |
| | | | | | $0.00 |
| | Arrears to Cure: | | | = | $4,838.85 |

2. Post-petition funds in suspense totaling $1,612.00 shall be applied to reduce the arrears.

3. Post petition arrears of $3,226.85 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

4. Debtor shall file a modified plan within ten (10) days of the entry of this Order to provide for the payment set forth within paragraph 3 herein.

5. Debtor(s) shall resume regular monthly mortgage payments starting on June 1, 2018.

6. The mortgagee is awarded a counsel fee and costs of $1,031.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

7. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.