| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2017-2766<br><br>POWERS KIRN, LLC<br>William M. E. Powers III<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for Freedom Mortgage Corporation |
| In Re:<br><br>Robert E. Nason |

Order Filed on August 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:     __18-13494-KCF__

Chapter:     _____13_____

Judge:     Honorable Kathryn C. Ferguson

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: August 28, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by __Attorney for Freedom Mortgage Corporation__, and regarding ____Notice of Postpetition Mortgage Fees, Expenses, and Charges____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*