| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> 2017-2766 <br><br> POWERS KIRN, LLC <br> William M. E. Powers III <br> 728 Marne Highway, Suite 200 <br> Moorestown, NJ 08057 <br> 856-802-1000 <br> Attorney for Freedom Mortgage Corporation |
| In Re: <br><br> Robert E. Nason |

Order Filed on August 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-13494-KCF

Chapter: 13

Judge: Honorable Kathryn C. Ferguson

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: August 28, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by __Attorney for Freedom Mortgage Corporation__, and regarding __Notice of Postpetition Mortgage Fees, Expenses, and Charges__, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-13494-KCF
Robert E Nason                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Aug 28, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db             +Robert E Nason,   6 Richmond Rd,   Edison, NJ 08817-4038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Albert     Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Robert E Nason rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
                                                                                             TOTAL: 8