| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |

| Albert Russo |
| Cn 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

In re:

Robert E Nason

Debtor(s)

**Order Filed on September 25, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 18-13494 / KCF

Hearing Date:  09/12/2018

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: September 25, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on

the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy

Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 08/03/2018, or the last amended

plan of the debtor be and it is hereby confirmed.   The Standing Trustee shall make payments in

accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of   36

months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following

schedule, which payments shall include commission and expenses of the Standing Trustee in accordance

with 28 U.S.C. § 586:

$2,360.00 PAID TO DATE

$337.00 for 29 months beginning 10/01/2018

**ORDERED** that the case is confirmed at 100%, which includes a minimum of $45,839.26 dividend to

general unsecured creditors due to non-exempt equity in property.

**ORDERED**    that the Standing Trustee shall be authorized to submit, ex-parte, an Amended

Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed.

R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b)

Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13

plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is authorized to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a), in the amount filed by the post-petition claimant.

**ORDERED** that if the debtor has provided for a creditor to be paid in the plan and no Proof of Claim is filed by such creditor before expiration of the applicable bar date, the debtor, pursuant to F.R.B.P. 3004, must file a Proof of Claim on behalf of the creditor within 30 days of the expiration of the applicable bar date. If the time period pursuant to F.R.B.P. 3004 has expired, the debtor must file a Proof of Claim on behalf of the creditor **and** file a motion to allow the Trustee to pay the late filed claim, or the debtor may obtain a Consent Order with the creditor authorizing the Trustee to pay an amount certain in the plan.

**ORDERED** as follows:

Debtor shall obtain a loan modification with Freedom Mortgage outside of the Chapter 13 plan. No payments will be made to Freedom Mortgage through the Chapter 13 plan pending the loan modification.

Loan modification documents shall be provided to Freedom Mortgage by October 13, 2018.

Loan modification motion shall be filed with the Court by December 31, 2018.

Upon completion of the loan modification Freedom Mortgage shall amend their Proof of Claim, court claim #6-1, to zero and submit an Amended Order removing post-petition arrears and attorney fees from the June 29, 2018 Order.

Order to be submitted resolving Freedom Mortgage objection to confirmation by October 31, 2018.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13494-KCF
Robert E Nason                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 25, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db              +Robert E Nason,   6 Richmond Rd,   Edison, NJ 08817-4038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
           kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Robert C. Nisenson   on behalf of Debtor Robert E Nason rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III   on behalf of Creditor   Freedom Mortgage Corporation
           ecf@powerskirn.com
          William M.E. Powers   on behalf of Creditor   Freedom Mortgage Corporation ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   Freedom Mortgage Corporation ecf@powerskirn.com
                                                                           TOTAL: 8