UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-2766

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on October 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert E. Nason

Case No.: 18-13494-KCF

Hearing Date: 09/12/2018

Judge: Honorable Kathryn C. Ferguson

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

DATED: October 31, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Robert E. Nason
Case No.: 18-13494-KCF
Caption of Order:        ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Freedom Mortgage Corporation, appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Freedom Mortgage Corporation, is hereby resolved upon the conditions set forth herein.

2. The debtor shall have their completed loss mitigation application submitted no later than October 13, 2018.

2. The debtor shall file a Motion to Approve Loan Modification with respect to the mortgage held by Freedom Mortgage Corporation, no later than December 31, 2018.

3. In the event that the debtor is unable to obtain a permanent loan modification within the deadline set forth herein or debtor fails to accept any modification that might be offered, the debtor shall file a modified plan no later than 14 days from the deadline fixed above to either provide for repayment of arrears and/or surrender of the subject property.

4. If the Debtor is not provided a permanent modification by the deadline fixed above and no modified plan is timely filed as provided herein, the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

5. The objections filed on behalf of the Secured Creditor are hereby preserved and may be presented in relation to any further plan of reorganization presented by the debtor.

6. The Secured Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.