**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-2766

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



**Order Filed on October 31, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Robert E. Nason

Case No.:  18-13494-KCF

Hearing Date: 09/12/2018

Judge:  Honorable Kathryn C. Ferguson

Chapter:  13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is

hereby **ORDERED**.

**DATED: October 31, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Robert E. Nason

Case No.: **18-13494-KCF**

Caption of Order:            ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Freedom Mortgage Corporation, appearing and for cause shown, it is

**ORDERED** as follows:

1.      The objection to confirmation filed on behalf of Freedom Mortgage Corporation, is hereby resolved upon the conditions set forth herein.

2.      The debtor shall have their completed loss mitigation application submitted no later than October 13, 2018.

2.      The debtor shall file a Motion to Approve Loan Modification with respect to the mortgage held by Freedom Mortgage Corporation, no later than December 31, 2018.

3.      In the event that the debtor is unable to obtain a permanent loan modification within the deadline set forth herein or debtor fails to accept any modification that might be offered, the debtor shall file a modified plan no later than 14 days from the deadline fixed above to either provide for repayment of arrears and/or surrender of the subject property.

4.      If the Debtor is not provided a permanent modification by the deadline fixed above and no modified plan is timely filed as provided herein, the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

5.      The objections filed on behalf of the Secured Creditor are hereby preserved and may be presented in relation to any further plan of reorganization presented by the debtor.

6.      The Secured Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-13494-KCF
Robert E Nason                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Oct 31, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db              +Robert E Nason,   6 Richmond Rd,   Edison, NJ 08817-4038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Asset-Backed
        Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Kevin Gordon McDonald   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Asset-Backed
        Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
        kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
        Robert C. Nisenson   on behalf of Debtor Robert E Nason rnisenson@aol.com,
        nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        William M. E. Powers, III   on behalf of Creditor   Freedom Mortgage Corporation
        ecf@powerskirn.com
        William M.E. Powers   on behalf of Creditor   Freedom Mortgage Corporation ecf@powerskirn.com
        William M.E. Powers, III   on behalf of Creditor   Freedom Mortgage Corporation ecf@powerskirn.com
                                                                                          TOTAL: 8