Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−13494−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert E Nason
   6 Richmond Rd
   Edison, NJ 08817

Social Security No.:
   xxx−xx−2291

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/12/19 at 09:00 AM

to consider and act upon the following:

*59* − Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 6 Richmond Road, Edison, NJ 08817. Fee Amount $ 181. filed by Creditor Freedom Mortgage Corporation) filed by William M.E. Powers on behalf of Freedom Mortgage Corporation. Objection deadline is 06/4/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Powers, William)

Dated: 5/29/19

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court