Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18–13494–MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert E Nason
   6 Richmond Rd
   Edison, NJ 08817

Social Security No.:
   xxx–xx–2291

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on September 25, 2018.

    On 05/11/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           June 16, 2020
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 12, 2020
JAN: mjb

                                                              Jeanne Naughton
                                                              Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-13494-MBK
Robert E Nason                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: May 12, 2020
                              Form ID: 185         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db             +Robert E Nason,    6 Richmond Rd,    Edison, NJ 08817-4038
517347447      +Freedom Mortgage Corp,    Attn: Bankruptcy,    Po Box 489,    Mt Laurel, NJ 08054-0489
517514641      +Freedom Mortgage Corporation,    Freedom Mortgage,    10500 Kincaid Drive- Attn: BK Dept.,
                 Fishers, IN 46037-9764
517410912      +Raymour Flanigan,    Simons Agency Inc,    POB 5026,    Syracuse, NY 13220-5026
517347450      +Simons Agency, Inc./ Reymour & Flanigan,    Attn: Bankruptcy,    4963 Wintersweet Dr.,
                 Liverpool, NY 13088-2176
517347451      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517381057      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 12 2020 23:38:46      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 12 2020 23:38:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517393477      +E-mail/Text: bankruptcy@consumerportfolio.com May 12 2020 23:38:56
                 CONSUMER PORTFOLIO SERVICES,,    P.O BOX 57071,    IRVINE, CA 92619-7071
517347444      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 23:43:49      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517407646       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 00:07:09
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517347445      +E-mail/Text: bankruptcy@consumerportfolio.com May 12 2020 23:38:56      Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
517347446      +E-mail/Text: bnc-bluestem@quantum3group.com May 12 2020 23:39:15      Fingerhut,
                 Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517347448       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 12 2020 23:38:01      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517957109       E-mail/Text: JCAP_BNC_Notices@jcap.com May 12 2020 23:38:58      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
517957110       E-mail/Text: JCAP_BNC_Notices@jcap.com May 12 2020 23:38:59      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                 St Cloud MN 56302
517685677      +E-mail/Text: bankruptcydpt@mcmcg.com May 12 2020 23:38:44      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517347449      +E-mail/Text: clientservices@simonsagency.com May 12 2020 23:39:21      Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 12, 2020
                              Form ID: 185             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee kmcdonald@blankrome.com, bkgroup@kmllawgroup.com

        Melissa N. Licker    on behalf of Creditor    Freedom Mortgage Corporation NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

        Robert C. Nisenson    on behalf of Debtor Robert E Nason r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        William M. E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com

        William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com

        William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com

        TOTAL: 10