Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–13494–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert E Nason
   6 Richmond Rd
   Edison, NJ 08817
Social Security No.:
   xxx–xx–2291
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/14/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 14, 2020
JAN: dmi

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13494-MBK
Robert E Nason                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: May 14, 2020
                             Form ID: 148          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db               +Robert E Nason,   6 Richmond Rd,   Edison, NJ 08817-4038
517347447        +Freedom Mortgage Corp,   Attn: Bankruptcy,   Po Box 489,   Mt Laurel, NJ 08054-0489
517514641        +Freedom Mortgage Corporation,   Freedom Mortgage,   10500 Kincaid Drive- Attn: BK Dept.,
                  Fishers, IN 46037-9764
517410912        +Raymour Flanigan,   Simons Agency Inc,   POB 5026,   Syracuse, NY 13220-5026
517347450        +Simons Agency, Inc./ Reymour & Flanigan,   Attn: Bankruptcy,   4963 Wintersweet Dr.,
                  Liverpool, NY 13088-2176
517347451        +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
517381057        +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov May 14 2020 23:36:20   U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2020 23:36:16   United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517393477        +E-mail/Text: bankruptcy@consumerportfolio.com May 14 2020 23:36:27
                  CONSUMER PORTFOLIO SERVICES,,   P.O BOX 57071,   IRVINE, CA 92619-7071
517347444        +EDI: CAPITALONE.COM May 15 2020 03:08:00   Capital One,
                  Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517407646         EDI: CAPITALONE.COM May 15 2020 03:08:00   Capital One Bank (USA), N.A.,   PO Box 71083,
                  Charlotte, NC  28272-1083
517347445        +E-mail/Text: bankruptcy@consumerportfolio.com May 14 2020 23:36:27   Consumer Portfolio Svc,
                  Attn: Bankruptcy,   Po Box 57071,   Irvine, CA 92619-7071
517347446        +EDI: BLUESTEM May 15 2020 03:08:00   Fingerhut,   Bankruptcy Dept,   6250 Ridgewood Rd,
                  Saint Cloud, MN 56303-0820
517347448         EDI: IRS.COM May 15 2020 03:08:00   IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517957109         EDI: JEFFERSONCAP.COM May 15 2020 03:08:00   JEFFERSON CAPITAL SYSTEMS LLC,   PO Box 7999,
                  St Cloud MN 56302
517957110         EDI: JEFFERSONCAP.COM May 15 2020 03:08:00   JEFFERSON CAPITAL SYSTEMS LLC,   PO Box 7999,
                  St Cloud MN 56302,   JEFFERSON CAPITAL SYSTEMS LLC,   PO Box 7999,   St Cloud MN 56302
517685677        +EDI: MID8.COM May 15 2020 03:08:00   MIDLAND FUNDING LLC,   PO Box 2011,
                  Warren, MI 48090-2011
517347449        +E-mail/Text: clientservices@simonsagency.com May 14 2020 23:36:44   Simons Agency, Inc.,
                  Attn: Bankruptcy,   4963 Wintersweet Dr.,   Liverpool, NY 13088-2176
                                                                                         TOTAL: 12

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
            Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert  Russo    docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
             Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
             Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
             kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 14, 2020
                             Form ID: 148              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Melissa N. Licker    on behalf of Creditor    Freedom Mortgage Corporation
               NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
              Robert C. Nisenson    on behalf of Debtor Robert E Nason r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
                                                                                    TOTAL: 10