Form 149 − ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.:  18−13494−MBK
> Chapter:  13
> Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert E Nason
   6 Richmond Rd
   Edison, NJ 08817

Social Security No.:
   xxx−xx−2291

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 5/14/20 has been vacated effective 8/27/20.


Dated: August 27, 2020
JAN: wir

                                                                Jeanne Naughton
                                                                Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                     Case No. 18-13494-MBK
Robert E Nason                                                             Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2         Date Rcvd: Aug 27, 2020
                               Form ID: 149                Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db             +Robert E Nason,    6 Richmond Rd,    Edison, NJ 08817-4038
517347447      +Freedom Mortgage Corp,     Attn: Bankruptcy,    Po Box 489,    Mt Laurel, NJ 08054-0489
517514641      +Freedom Mortgage Corporation,     Freedom Mortgage,    10500 Kincaid Drive- Attn: BK Dept.,
                 Fishers, IN 46037-9764
517410912      +Raymour Flanigan,     Simons Agency Inc,    POB 5026,    Syracuse, NY 13220-5026
517347450      +Simons Agency, Inc./ Reymour & Flanigan,     Attn: Bankruptcy,    4963 Wintersweet Dr.,
                 Liverpool, NY 13088-2176
517347451      +Specialized Loan Servicing/SLS,     Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517381057      +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517393477      +E-mail/Text: bankruptcy@consumerportfolio.com Aug 28 2020 00:08:34
                 CONSUMER PORTFOLIO SERVICES,,    P.O BOX 57071,    IRVINE, CA 92619-7071
517347444      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 00:14:57       Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517407646       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 00:14:08
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517347445      +E-mail/Text: bankruptcy@consumerportfolio.com Aug 28 2020 00:08:35       Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,   Irvine, CA 92619-7071
517347446      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2020 00:08:49       Fingerhut,
                 Bankruptcy Dept,    6250 Ridgeword Rd,   Saint Cloud, MN 56303-0820
517347448       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 28 2020 00:08:04      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517957109       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:39      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
517957110       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:39      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                 St Cloud MN 56302
517685677      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2020 00:08:26      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517347449      +E-mail/Text: clientservices@simonsagency.com Aug 28 2020 00:08:55       Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Aug 27, 2020
                              Form ID: 149               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMCI, U.S. Bank National Association, as Trustee kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    Freedom Mortgage Corporation NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
          Robert C. Nisenson    on behalf of Debtor Robert E Nason r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
                                                                           TOTAL: 10